# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 29, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146608

DRAGEN PERKOVIC,
      Plaintiff-Appellee,

v

HUDSON INSURANCE COMPANY,
      Defendant-Appellee,

and

CITIZENS INSURANCE COMPANY OF THE
MIDWEST,
      Defendant-Appellee,

and

ZURICH AMERICAN INSURANCE
COMPANY,
      Defendant-Appellant,

and

ASSIGNED CLAIMS FACILITY,
      Defendant.

SC:  146608
COA:  302868
Wayne CC:  09-019740-NF

_____/

      On order of the Court, the application for leave to appeal the December 20, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 29, 2013

_____
Clerk

s0422